THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Shawn T.
 Gadson, Appellant.
 
 
 
 
 

Appeal From Beaufort County
D. Garrison Hill, Circuit Court Judge

Unpublished Opinion No. 2010-UP-268
 Submitted January 4, 2010  Filed May 6,
2010

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; Solicitor William Benjamin Rogers, Jr., of Bennettsville,
 for Respondent.
 
 
 

PER CURIAM:  Shawn T. Gadson appeals his convictions
 and sentences for burglary and larceny.  He contends the trial court erred in
 refusing to grant his motion for a continuance.  After a thorough review of the
 record, counsel's brief, and Gadson's pro se brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Gadson's appeal and grant counsel's petition to be relieved.
APPEAL
 DISMISSED.
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.